427 A.2d 267

Donnelly et ux., Appellants, v. West Penn Power Co.
et al.

Argued November 13, 1979. Ralph D. Conrad, for appellants; B. Patrick Costello, for West Penn Power Co., appellee; John R. Walter, Jr., for Shamey et ux., appellees; Joseph H. Loughren, for Kessler, appellee.

Before PRICE, HESTER and CAVANAUGH, JJ.

Order affirmed.